## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SAMANTHA DEN, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 04-10310-DPW |
| SONUS NETWORKS, INC., HASSAN M. AHMED, and STEPHEN J. NILL, | ) ) ) ) | |
| Defendants, | ) ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Gregory F. Noonan, Joel B. Kemp, and Daniel Gold, Hale and Dorr LLP, on behalf of Defendant Sonus Networks, Inc.

Respectfully Submitted,

SONUS NETWORKS, INC.

By their attorneys,

/s/_Gregory F. Noonan_____
Jeffrey B. Rudman  (BBO #433380)
James W. Prendergast (BBO #553073)
Daniel W. Halston (BBO #548692)
Gregory F. Noonan (BBO #651035)
Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Dated: April 15, 2004

CERTIFICATE OF SERVICE

   I, Gregory F. Noonan, hereby certify that I caused a copy of this document to be served by either electronic mail or overnight mail to:

| | |
|---|---|
| Theodore Hess-Mahan | Jonathan M. Plasse |
| Shapiro, Haber & Urmy LLP | Goodkind, Labaton, Rudoff, & Sucharow LLP |
| 75 State Street | 100 Park Avenue |
| Boston, MA 02109 | New York, NY 10017 |

                    /s/ Gregory F. Noonan_____
                    Gregory F. Noonan

Dated: April 15, 2004

BOSTON 1893484v1